**1442 MULHOLLAND (Director) vs. ADAMS (Moderator), No. 12288½.**

To compel respondent to sign order to pay for repairs to school building, it affirmatively appearing that the only fund on hand was a sinking fund, and at the annual school meeting the electors had not only refused to raise money for this purpose, by tax, but had declined to appropriate any portion of the sinking fund therefor.

Order to show cause denied October 29, 1891.


**1443 PECK ET AL. vs. ADAMS (Moderator), No. 12478.**

In Mulholland vs. Adams, Supra, the director applied for the writ. Here the petitioners are the parties who did the work.

Denied January 20, 1892, with costs.


**1444 PFANNER vs. PENNEY (Drain Commissioner), No. 13156.**

To compel the issue of orders for work upon a drain, under a contract with the drain commissioner.

Granted December 1, 1892, with costs.

Respondent is the successor of the drain commissioner who constructed said drain, and in his answer he questioned the validity of the proceedings.